**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & WILSON**
2445 Capitol Ste. 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
alma@nuttallcoleman.com

ATTORNEYS FOR DEFENDANT
**RAY SHANNON POOL**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAY SHANNON POOL,<br><br>Defendant. | Case No.: **1:12-CR-00004 AWI DLB**<br><br>**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference currently scheduled for April 23, 2012, at 1:00 p.m. be continued to **May 14, 2012, at 1:00 p.m.** before the Honorable DENNIS L. BECK.

In mid-March a proposed plea agreement was submitted to counsel which had been reviewed. The said plea agreement was misplaced within counsel's office wherein we requested of the United States Attorney a copy of said proposal. We are currently in the process of assessing the proposed plea agreement for purposes of further settlement discussions with Assistant United States Attorney Stan Boone.

Accordingly, counsel respectfully requests that the Status Conference on Ray Shannon

NUTTALL COLEMAN & WILSON
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900

1 Pool's case be continued to May 14, 2012, at 1:00 p.m.

2 The parties agree that time can be excluded under the Speedy Trial Act from April 23, 2012, to, and including, May 14, 2012, based upon the defendant's need to adequately review the plea and discovery in his case and that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date. Counsel's office has communicated with Assistant U.S. Attorney, Stan Boone, who has expressed no objection to the instant request.

DATED: April 18, 2012.

                NUTTALL COLEMAN & WILSON

                BY:   /s/ Roger T. Nuttall
                     ROGER T. NUTTALL
                     Attorneys for Defendant
                     RAY SHANNON POOL

DATED: April 18, 2012.

                BY:   /s/ Stan Boone
                     Assistant U.S. Attorney

## **O R D E R**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 23, 2012, to, and including, May 14, 2012, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled on April 23, 2012, at 1:00 p.m. is continued to **May 14, 2012, at 1:00 p.m.**

IT IS SO ORDERED.

Dated: **April 19, 2012**         **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE